

1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, NV Bar No. 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121
15

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-00529-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

　　　　COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff The Bank of New York Mellon ("BONY"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

　　　　1.　　On March 9, 2021 BONY filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 31, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Fidelity's response to BONY's complaint is currently due on April 12, 2021;

4. Counsel for Fidelity requests a 30-day extension, through and including Wednesday, May 12, 2021 for Fidelity to file its respective response to BONY's complaint to afford Fidelity's counsel additional time to review and respond to BONY's complaint.

5. Counsel for BONY does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Fidelity's objections under Fed. R. Civ. P. 12.

**IT IS SO STIPULATED** that Fidelity's deadline to respond to the complaint is hereby extended through and including Wednesday, May 12, 2021.

Dated:  April 8, 2021            SINCLAIR BRAUN LLP

By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  April 8, 2021            WRIGHT FINLAY & ZAK, LLP

By: /s/-Darren T. Brenner
DARREN T. BRENNER
Attorneys for Plaintiff
THE BANK OF NEW YORK MELLON

**IT IS SO ORDERED.**

Dated this 9th day of April, 2021.

_____
CAM FARENBACH
UNITED STATES MAGISTRATE JUDGE

