1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Lindsay D. Dragon, Esq.
3  Nevada Bar No. 13474
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   dbrenner@wrightlegal.net
6  ldragon@wrightlegal.net
7  *Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-5CB, Mortgage Pass-*
8  *Through Certificates, Series 2007-5CB*

9                    **UNITED STATES DISTRICT COURT**
10                         **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-5CB, MORTGAGE PASS-THOUGH CERTIFICATES, SERIES 2007-5CB, | Case No.: 2:21-cv-00529-KJD-VCF |
| 12 | |
| 13 | **STIPULATION AND ORDER TO CONTINUE STAY OF CASE** |
| 14 | |
| 15                    Plaintiff, | |
| 16         vs. | |
| 17  FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOES I through X; and ROES XI through XX, | |
| 18 | |
| 19 | |
| 20                   Defendants. | |

21

22       Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the

23  Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-5CB, Mortgage Pass-Through

24  Certificates, Series 2007-5CB ("Plaintiff") and Defendants Fidelity National Title Group, Inc.

25  and Fidelity National Title Insurance Company ("Defendants", and with Plaintiff, the "Parties"),

26  by and through their undersigned counsel, hereby stipulate as follows:

27  / / /

28

1  This matter involves a title insurance coverage dispute wherein Plaintiff contends, and
2  Defendants disputes, that the title insurance claim involving an HOA assessment lien and
3  subsequent sale was covered by the subject policy of title insurance.  There are now currently
4  pending in the United States District Court for the District of Nevada and Nevada state courts
5  dozens of actions between national banks, on the one hand, and title insurers, on the other hand.
6  In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA 2006 loan
7  policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9 and/or CLTA
8  115.2/ALTA 5 Endorsements.

9  The Nevada Supreme Court recently heard oral argument on April 11, 2023 in two appeals
10  involving similar coverage issues, *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada
11  Supreme Court Case No. 83737 (District Court Case No. A-18-781257-C) ("*PennyMac*") and
12  *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No.
13  84161 (District Court Case No. A-20-820307-C) ("*Deutsche Bank*").  The matters have been
14  taken under submission and orders remain pending.  The Parties anticipate that the Nevada
15  Supreme Court's decisions in the foregoing appeals may touch upon issues regarding the
16  interpretation of policy and claims handling, that could potentially affect the disposition of the
17  instant action.

18  The District Court has previously entered orders for limited stays pending *PennyMac* and
19  *Deutsche Bank*.  *See* ECF Nos. 17, 20.  The Parties most recently stipulated to stay the case for a
20  period of sixty (60) days, which was granted by the Court on August 7, 2023.  ECF No. 21.  That
21  limited stay is set to expire on September 25, 2023.  *Id.*  In light of the apparently-imminent
22  decisions in *PennyMac* and *Deutsche Bank*, the Parties believe that a further, sixty-three (63) day
23  stay in the instant action will best serve the interests of judicial economy, so that the Parties can
24  receive appropriate appellate guidance from the Nevada Supreme Court.

25  The Parties therefore request that the Court issue an order staying this case by
26  approximately sixty-three (63) days, through and including, November 27, 2023. The Parties will
27  submit a Joint Status Report, or further stipulation concerning the stay, on or before November
28  22, 2023.  The Parties further agree that this stipulation and stay of this case is entered based on

1  the specific circumstances surrounding this particular case, and that this stipulation shall not be
2  viewed as a reason for granting a stay in any other pending matter.
3        Notwithstanding the foregoing, in order to preserve evidence, the Parties may propound
4  subpoenas duces tecum and deposition subpoenas to third parties while this stay is in effect, and
5  the Parties may enforce subpoenas that the Parties propounded to third parties.
6        **IT IS SO STIPULATED.**
7  DATED this 21st day of September, 2023.     DATED this 21st day of September, 2023.

8  WRIGHT, FINLAY & ZAK, LLP     SINCLAIR BRAUN KARGHER LLP

9  */s/ Lindsay D. Dragon*     */s/ Kevin S. Sinclair*
10 Lindsay D. Dragon, Esq.     Kevin S. Sinclair, Esq.
   Nevada Bar No. 13474     Nevada Bar No. 12277
11 7785 W. Sahara Ave., Suite 200     15260 Ventura Blvd., Ste 715
12 Las Vegas, NV 89117     Sherman Oaks, California 91403
   *Attorney for Plaintiff, The Bank of New York*     *Attorney for Defendants Fidelity National*
13 *Mellon fka The Bank of New York as*     *Title Group, Inc. and Fidelity National Title*
   *Trustee for the Certificateholders of*     *Insurance Company*
14 *CWALT, Inc., Alternative Loan Trust 2007-*
   *5CB, Mortgage Pass-Through Certificates,*
15 *Series 2007-5CB*

16

17 **IT IS SO ORDERED.**

18 Dated this 22nd day of September, 2023.
19
20                                                         _____
21                                                         UNITED STATES DISTRICT JUDGE