UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-5CB, MORTAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5CB,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONALY TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-cv-00529-KJD-VCF<br><br>**Order – Continue Stay of Case** |

Presently before the Court is the Parties' Joint Status Report (#24). The status report was filed in response to the Court's previous order, which stayed the case for an additional sixty-three (63) days. (#23). The Parties are now requesting the Court briefly continue the stay until December 8, 2023, the date the remittitur is set to issue in Deutsche Bank. (#24, at 3).

Accordingly, **IT IS HEREBY ORDERED** that this case shall be further **STAYED** pending the issuance of the remittitur in the Deutsche Bank appeal.

**IT IS FURTHER ORDERED** that the Parties submit a Joint Status Report within fourteen (14) days of the issuance of the remittitur.

Dated this 30th day of November 2023.

_____
Kent J. Dawson
United States District Judge