WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-5CB, Mortgage Pass-Through Certificates, Series 2007-5CB*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-5CB, MORTGAGE PASS-THOUGH CERTIFICATES, SERIES 2007-5CB,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 2:21-cv-00529-KJD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-5CB, Mortgage Pass-Through Certificates, Series 2007-5CB and Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby  stipulate and agree as follows:

/ / /

/ / /

1      **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed

2  WITH PREJUDICE, with each party to bear its own fees and costs.

3  DATED this 20th day of December, 2023.      DATED this 20th day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP      SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*      */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.      Kevin S. Sinclair, Esq.
Nevada Bar No. 13474      Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200      15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117      Sherman Oaks, California 91403
*Attorney for Plaintiff, The Bank of New York*      *Attorney for Defendants Fidelity National*
*Mellon fka The Bank of New York as Trustee*      *Title Group, Inc. and Fidelity National Title*
*for the Certificateholders of CWALT, Inc.,*      *Insurance Company*
*Alternative Loan Trust 2007-5CB, Mortgage*
*Pass-Through Certificates, Series 2007-5CB*

**IT IS SO ORDERED.**

DATED: 12/20/2023